**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

In re:  Veda Lynn Garner

                                        Chapter 13
                                        Case No. 22-60423

    Debtor(s)

**CERTIFICATION OF MAILING AND/OR SERVICE OF CHAPTER 13 PLAN**

    I certify that a true and correct copy of the chapter 13 plan or the amended chapter 13 plan and amended plan cover sheet, filed electronically with the Court on **April 22, 2022**, has been sent to the Bankruptcy Trustee and the United States Trustee via ECF and submitted to the BestCase Legal Noticing for mailing by first class mail postage prepaid to all creditors, equity security holders, and other parties in interest, on **April 22, 2022**.

    If the plan contains (i) a request under section 522(f) to avoid a lien or other transfer of property exempt under the Code or (ii) a request to determine the amount of a secured claim, the plan must be served on the affected creditors in the manner provided by Rule 7004 for service of a summons and complaint. I certify that a true and correct copy of the chapter 13 plan has been submitted to BestCase Legal Noticing for mailing by first class mail as specified or has been mailed certified mail return receipt requested as specified to the following parties as above pursuant to Rule 7004:

| **Name** | **Address** | **Method of Service** |
|---|---|---|
|  |  |  |

    Certification from the BestCase Legal Noticing will follow as applicable.

/s/ Jerry E. Fennell, Jr.
Jerry E. Fennell, Jr.