# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Case No. 22-60423 |
| Veda Lynn Garner | Chapter 13 |
| Debtor(s) | |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 4/22/2022, I did cause a copy of the following document(s), described below:

Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2022

/s/ Jerry E. Fennell, Jr.
Jerry E. Fennell, Jr.
Bar No. 94748
Slayton Law, PLC
913 East Jefferson Street
Charlottesville VA 22902-0000
(434)979-7900
jerry@marshallslayton.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA

In re:                                                 Case No. 22-60423

Veda Lynn Garner                                       Chapter 13

Debtor(s)

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 4/22/2022, I did cause a copy of the following document(s), described below:

Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2022

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 4/22/2022, I caused a copy of the Plan to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| ARS National Services, Inc. | | PO Box 469046 | | Escondido CA 92046-9046 |
| ABSOLUTE RESOLUTIONS CORPORATION | | 8000 NORMAN CENTER DRIVE SUITE 350 | | BLOOMINGTON MN 55437-1118 |
| Alltran Financial, LP | | Contact Center | 5800 North Course Drive | Houston TX 77072-1613 |
| Alltran Financial, LP. | | P.O. Box 722929 | | Houston TX 77272-2929 |
| Arcon Credit Solutions LLC | | 8425 Seasons Parkway | Suite 106 | Woodbury MN 55125-4392 |
| ASCEND FEDERAL CREDIT UNION | | P O BOX 1210 | | TULLAHOMA TN 37388-1210 |
| ASPEN DENTAL | | PO BOX 1578 | | ALBANY NY 12201-1578 |
| Aspen Dental | | PO Box 3126 | | Syracuse NY 13220-3126 |
| BBVA Compass | | New York Branch | 1345 Av. of the Americas | New York NY 10105-0302 |
| Bank of Missouri | | 2700 S Lorraine Pl | PO Box 85710 | Sioux Falls SD 57118-5710 |
| Bridgecrest | | 7300 East Hampton Avenue | Suite 100 | Mesa AZ 85209-3324 |
| Capital One | | Attn: Bankruptcy | P.O. Box 30285 | Salt Lake City UT 84130-0285 |
| Carvana Legal | | 1930 W Rio Salado Parkway | | Tempe AZ 85281-2207 |
| Charlottesville Gastroenterology As | | 1139 East High Street | | Charlottesville VA 22902-4849 |
| Charlottesville Pathology Assocs, | | P.O. Box 480 | | Lima OH 45802-0480 |
| Charlottesville Radiology, LTD | | P.O. Box 197 | | State College PA 16804-0197 |
| Charlottesville Radiology, LTD | | PO Box 371863 | | Pittsburgh PA 15270-7863 |
| Citibank, N.A. | | PO Box 790040 | | St Louis MO 63179-0040 |
| Comenity - Wayfair | | P.O. Box 659617 | | San Antonio TX 78265-9617 |
| Comenity Bank | | Attention Bankruptcy | PO Box 182125 | Columbus OH 43218-2125 |
| Credit Control Corporation | | Attn: Bankruptcy | P.O. Box 120570 | Newport News VA 23612-0570 |
| Credit Control Corporation | | P.O. Box 120568 | | Newport News VA 23612-0568 |
| Credit Control Corporation | | P.O. Box 120570 | | Newport News VA 23612-0570 |
| Credit Control, LLC | | PO Box 31179 | | Tampa FL 33631-3179 |
| Credit One Bank | | Attn: Bankruptcy Department | PO Box 98873 | Las Vegas NV 89193-8873 |
| Credit One Bank | | PO Box 60500 | | City of Industry CA 91716-0500 |
| DRS DAVID & REBECCA SWETT DDS PC | | 900 B RIO EAST COURT | | CHARLOTTESVILLE VA 22901-8040 |
| Everest Receivable Services | | 2351 N. Forest Rd. | Ste. 100 | Getzville NY 14068-9902 |
| HALSTED FINANCIAL SERVICES LLC | | PO BOX 828 | | SKOKIE IL 60076-0828 |
| Halsted Financial Services, LLC | | PO Box 505 | | Linden MI 48451-0505 |
| INTERNAL REVENUE SERVICE | | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service | | Insolvency Units | P.O. Box 7346 | Philadelphia PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC | | PO BOX 7999 | | SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC | | Resurgent Capital Services | PO Box 10587 | Greenville SC 29603-0587 |
| MRV Banks | | 871 Ste. Genevieve Drive | | Sainte Genevieve MO 63670-1406 |
| DSNB MACY S | | CITIBANK | 1000 TECHNOLOGY DRIVE MS 777 | O FALLON MO 63368-2222 |
| Midland Fund | | Attn: Bankruptcy | 350 Camino De La Reine, Suite 100 | San Diego CA 92108-3007 |
| Midland Funding LLC | | PO Box 2011 | | Warren MI 48090-2011 |
| Miller and Steeno, P.C. | | 11970 Borman Drive | Suite 250 | Saint Louis MO 63146-4153 |
| National Recovery Agency | | Attn: Bankruptcy | PO Box 67015 | Harrisburg PA 17106-7015 |
| Nationwide Credit | | PO Box 15130 | | Wilmington DE 19850-5130 |
| PENN CREDIT CORPORATION | | PO BOX 69703 | | HARRISBURG PA 17106-9703 |
| Penn Credit | | PO Box 1259, Department 91047 | | Oaks PA 19456-1259 |
| PETER HEINDEL ESQ | | 6627 WEST BROAD STREET | SUITE 200 | RICHMOND VA 23230-1733 |
| PORTFOLIO RECOVERY ASSOCIATES LLC | | PO BOX 41067 | | NORFOLK VA 23541-1067 |
| QVC Inc. Easy Pay | | P.O. Box 2254 | | West Chester PA 19380-0153 |
| Radius Global Solutions, LLC | | 7831 Glenroy Rd. | Suite 250-A | Minneapolis MN 55439-3132 |
| Resurgent Capital Services LP | | Attn: Bankruptcy | P.O. Box 10497 | Greenville SC 29603-0497 |
| Revvi | | 2700 S Lorraine Pl | | Sioux Falls SD 57106-3657 |
| Second Round Sub, LLC | | 1701 Directors Blvd. | Suite 900 | Austin TX 78744-1098 |
| Sentara | | PO Box 120567 | | Newport News VA 23612-0567 |
| Sentara | | PO Box 2090 | | Morrisville NC 27560-2090 |
| Sentara | | PO Box 2156 | | Morrisville NC 27560-2156 |
| Sentara Healthcare | | 824 N Military Hwy | #100 | Norfolk VA 23502-3652 |
| SENTARA MARTHA JEFFERSON | | 595 MARTHA JEFFERSON DR | | CHARLOTTESVILLE VA 22911-4669 |
| Sentara Medical & Surgical Assoc | | 500 Martha Jefferson Drive | Suite 100 | Charlottesville VA 22911-4668 |
| Sentara Medical Group | | 863 Glenrock Road | Suite 100 | Norfolk VA 23502-3701 |
| SPRING OAKS CAPITAL LLC | | 1400 CROSSWAYS BLVD STE 100B | | CHESAPEAKE VA 23320-0207 |
| Stillman Law Office | | 30057 Orchard Lake Road | Suite 200 Sept. 100 | Farmington Hills MI 48334-2265 |
| Synchrony Bank | | Bankr. Dept | PO Box 965061 | Orlando FL 32896-5061 |
| TOTAL | | 2700 S Lorraine Pl | | Sioux Falls SD 57106-3657 |
| Tate & Kirlin Associates Inc. | | 580 Middletown Blvd. | Suite 240 | Langhorne PA 19047-1827 |
| The Bank of Missouri | | 2700 S Lorraine Place | P.O. Box 85710 | Sioux Falls SD 57118-5710 |
| US Acute Care Solutions | | P.O. BOX 9820 | | Coral Springs FL 33075-0820 |
| US Acute Care Solutions | | P.O. Box 17723 | | Belfast ME 04915-4072 |
| Virginia Dept. of Taxation | | Bankruptcy Dept. | P.O. Box 2156 | Richmond VA 23218-2156 |
| Marshall Moore Slayton Esq | | Slayton Law, PLC | 913 East Jefferson Street | Charlottesville VA 22902-5355 |
| Veda Lynn Garner | | PO Box 6373 | | Charlottesville VA 22906-6373 |